UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ISIDRO VALENZUELA, | Case No. 5:26-cv-02807 ADS |
| Petitioner, | |
| v. | ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

On May 25, 2026, Petitioner Jose Isidro Valenzuela, proceeding through counsel, filed a Verified Petition for Writ of Habeas Corpus (the "Petition"). (Dkt. No. 1.) On June 2, 2026, Respondents filed an Answer to the Petition, which does not contest Petitioner's factual allegations and does not oppose his grounds for relief. (Dkt. No. 9.) On June 6, 2026, the parties stipulated that "Petitioner is entitled to an immigration bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days of an order being entered by the Court." (Dkt. No. 11.)

In accordance with the parties' stipulation (Dkt. No. 11), the unopposed Petition is granted.  Respondents shall release Petitioner unless he is provided with an immigration bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days of this Order.  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.


Dated:  June 8, 2026                              _____/s/ Autumn D. Spaeth_____
                                                 THE HONORABLE AUTUMN D. SPAETH
                                                 United States Magistrate Judge

2